**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>**EDGAR ROBLES**<br><br>             Defendant. | CR NO: 1:24-CR-00055-JLT |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    ☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee:    Edgar Robles

Detained at         Tulare County South County facility

Detainee is:     a.)    ☐ charged in this district by:   ☐ Indictment   ☐ Information   ☒ Complaint
                             charging detainee with:

       or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ☒ return to the custody of detaining facility upon termination of proceedings
       or    b.)    ☐ be retained in federal custody until final disposition of federal charges, as a sentence
                    is currently being served at the detaining facility

***Appearance is necessary on March 26, 2024 at 2:00 PM in Courtroom 9 in the Eastern District of California.***

| | |
|---|---|
| Signature: | /s/ Antonio J. Pataca |
| Printed Name & Phone No: | ANTONIO J. PATACA |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

    ☒ Ad Prosequendum          ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on March 26, 2024, at 2:00 PM in Courtroom 9, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

IT IS SO ORDERED.

Dated:    **March 25, 2024**

UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male    ☐Female | |
| Booking or CDC #: | | DOB: | 09/13/1980 |
| Facility Address: | 1960 West Scranton, Porterville | Race: | |
| Facility Phone: | 559-782-7800 | FBI#: | 431272MB1 |
| Currently | | | |

**<u>RETURN OF SERVICE</u>**

Executed on: _____    _____

(signature)