**HENNESSY LAW GROUP**
Timothy P. Hennessy, State Bar No. 286317
l2l5 "L" Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Email : tph@hennessyatlaw. com

Attorney for:
**EDGAR ROBLES**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**EDGAR ROBLES**<br><br>Defendants. | Case No. 1:24-cr-00055-JLT-SKO<br><br>STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, JUDGE JENNIFER L. THURSTON AND ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, EDGAR ROBLES, by and through his attorney of record, Timothy Hennessy hereby requesting that the sentencing hearing currently set for Monday, April 21, 2025, be continued to June 16, 2025.

Defense counsel needs more time to gather and review documents prior to sentencing. I have spoken to AUSA Antonio Pataca and USPO Jesse Mora, and they have no objection to continuing the matter.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: April 8, 2025

*/s/ **Timothy Hennessy***
TIMOTHY HENNESSY
Attorney for Defendant
Edgar Robles

1

DATED: April 8, 2025                             */s/Antonio Pataca*
                                                 ANTONIO PATACA
                                                 Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDER that the sentencing hearing currently set for Monday, April 21, 2025, be continued to June 16, 2025, and the following briefing schedule be adopted:

- **Reply, or Statement of Non-Opposition June 9, 2025**

IT IS SO ORDERED.

Dated:   **April 8, 2025**                       _____
                                                 UNITED STATES DISTRICT JUDGE

2